UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| EDWARD N. GOUIN, | * | CASE NO.: 23-40111-EDK |
| DEBTOR(S) | * | |

**MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO UPDATE**

NOW COMES the Debtor, Edward N. Gouin, through undersigned counsel, and moves this Honorable Court to extend the time to comply with the Order to Update issued by this Honorable Court on all documents in the above-captioned matter for an additional 14 days until March 8, 2023.

As reasons therefore, the Debtor states that he is in the process of gathering the remaining documents and will everything to counsel next week. Counsel is on vacation until February 26 and some time to complete the schedules and review the same with the Debtor after receiving the documents from the Debtor.

WHEREFORE, the Debtor moves that this Honorable Court extend the deadline to comply with this Honorable Court's Order to Update on all remaining documents to March 8, 2023 and for any further relief this Court deems just and proper.

Edward N. Gouin
By his attorney,

/s/ Troy D. Morrison

Troy D. Morrison, Esq. (BBO#635389
Morrison & Associates
255 Park Avenue, Suite 1000
Worcester, MA 01609
(508) 793-8282
tmorrison@morrisonlawpc.net

Dated: February 17, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | * | |
| IN RE: | * | CHAPTER 13 |
| | * | |
| EDWARD N. GOUIN, | * | CASE NO.: 23-40111-EDK |
| | * | |
| DEBTOR(S) | * | |
| | * | |

**CERTIFICATE OF SERVICE**

I, Troy D. Morrison, attorney for the within named, Edward N. Gouin, hereby certify that I have this 17th day of February, 2023, served a copy of the within Motion to Extend Time to comply with Order to Update, via ECF, to the following parties:

- **Richard King** USTPRegion01.WO.ECF@USDOJ.GOV
- **David A. Mawhinney-Ch13** davidmawhinney@ch13worc.com
- **Troy D. Morrison** tmorrison@morrisonlawpc.net, morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

and by first class mail, postage prepaid, upon the following creditors and the Debtor:

**Capital One**
P.O. Box 31293
Salt Lake City, UT 84131

**Citibank**
Post Office Box 6241
Sioux Falls, SD 57117

**Citizens Bank**
1 Citizens Drive
Riverside, RI 02915

**Kubota Credit Corporation**
1000 Kubota Drive
Grapevine, TX 76051

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Rushmore Loan Mgt Service**
15480 Laguna Canyon Road S
Irvine, CA 92618

**Synchrony Bank**
P.O. Box 960061
Orlando, FL 32896

**Synchrony Bank**
P.O. Box 960061
Orlando, FL 32896

**TD Auto Finance**
Post Office Box 9223
Farmington, MI 48333

**TD Bank, N.A., successor in interest to TD Auto Fi**
Aaron J. Nash, Esq.
EVANS PETREE PC
2550 Meridian Blvd., Ste. 200
Franklin, TN 37067

/s/ *Troy D. Morrison*________________
Troy D. Morrison, Esq. (BBO #635389)

Dated: February 17, 2023